IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DOLORES ROBINSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. |
| | ) 2:13-cv-02327-JTF-tmp |
| VERIZON WIRELESS PERSONAL COMMUNICATIONS, L.P., | ) ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF SETTLEMENT AND JOINT VOLUNTARY DISMISSAL
WITH PREJUDICE**

Pursuant to LR 83.13, Plaintiff Dolores Robinson and Defendant Verizon Wireless Personal Communications, L.P. jointly give notice that they have settled the dispute on which this lawsuit is based. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dolores Robinson and Defendant Verizon Wireless Personal Communications, L.P., being all parties who have appeared in this action, now stipulate that this action is hereby DISMISSED WITH PREJUDICE.

Respectfully submitted by:


/s/Mark A. Lambert
Mark A. Lambert, TN Bar. No. 022509
Morgan & Morgan, PA
40 S. Main Street, Suite 2600
Once Commerce Square
Memphis, Tennessee 38103
MLambert@ForThePeople.com

William Peerce Howard, Esq.
Amanda J. Allen, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
AAllen@ForThePeople.com
KRodrigues@ForThePeople.com

*Counsel for Plaintiff*


/s/ Robert F. Parsley
Robert F. Parsley, TN Bar No. 023819
MILLER & MARTIN PLLC
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
Facsimile (423) 785-8480
bparsley@millermartin.com

*Of counsel:*
Michael P. Kohler
MILLER & MARTIN PLLC
1170 Peachtree St., N.E., Suite 800
Atlanta, GA 30309-7706
Tel No.:  (404) 962-6100
Fax No.:  (404) 962-6300
Email: mkohler@millermartin.com

*Counsel for Defendant*