IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| DOLORES ROBINSON,              )<br>                                            )<br>            Plaintiff,                   )<br>                                            )<br>v.                                         )<br>                                            )<br>VERIZON WIRELESS PERSONAL )<br>COMMUNICATIONS, L.P.,        )<br>                                            )<br>            Defendant.                )<br>                                            ) | Case No. 2:13-cv-02327-JTF-tmp |

**ORDER OF JOINT VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Notice of Settlement and Joint Voluntary Dismissal with Prejudice filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore ORDERED that this case is DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 9th day of September, 2013.


                        BY THIS COURT:

                        *s/John T. Fowlkes, Jr.*
                        JOHN T. FOWLKES, JR.
                        United States District Judge