# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| DOLORES ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:13-cv-02327-JTF-tmp |
| VERIZON WIRELESS PERSONAL COMMUNICATIONS, L.P., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Joint Voluntary Dismissal with Prejudice, filed on September 9, 2013, this matter is hereby dismissed with prejudice.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

September 9, 2013                    s/Thomas M. Gould
Date                                 Clerk of Court

                                     s/ Erica M. Evans
                                     (By)  Law Clerk